RECEIVED
IN LAKE CHARLES, LA.
NOV 15 2011
TONY R. MOORE, CLERK
BY [signature] DEPUTY

**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **RANDY L. THOMAS #293777** | **:** | **DOCKET NO. 2:10-cv-1583** |
| **VS.** | **:** | **JUDGE MINALDI** |
| **LOUISIANA DEPARTMENT OF PROBATION AND PAROLE, ET AL** | **:** | **MAGISTRATE JUDGE KAY** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record and noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that plaintiff's civil rights action is **DISMISSED WITH PREJUDICE,** as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C.1915(e)(2).

**THUS DONE AND SIGNED,** in chambers, in Lake Charles, Louisiana, on this the 15 day of November, 2011.

[signature]
**PATRICIA MINALDI**
**UNITED STATES DISTRICT JUDGE**